JS-6

ADAM C. BROWN (SBN 161951)
ANDREA R. SHEARER (SBN265421)
**HILL RIVKINS BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

Attorneys for Plaintiff S.T. CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T. CORPORATION, a foreign corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>CLEARFREIGHT, INC., a California corporation,<br><br>            Defendant.<br><br>AND ALL RELATED ACTIONS | Case No.: CV 11-1568-GW(AGRx)<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the Stipulation of the parties, and good cause having been shown, this entire action is dismissed with prejudice with all parties to bear their own attorneys' fees and costs.

Date: May 5, 2014

_____
HONORABLE GEORGE H. WU
United States District Judge _____

[PROPOSED ORDER] RE STIPULATION FOR DISMISSAL